STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.5718    AND FILED ON    6/15/2007

| | |
|---|---|
| THE GUARDIAN NEWS, INC.,<br><br>Vs.<br><br>TOWN OF OSSINING, NEW YORK | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                              )
                                                                    ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __6/20/2007__ at __3:17PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served: TOWN OF OSSINING, NEW YORK                    (herein called recipient) therein named.

At Location: 16 CROTON AVENUE

OSSINING NY

By delivering to and leaving with __CONSTANCE ALFINI__ and that deponent knew the person

so served to be the __DEPUTY TOWN CLERK__

of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | |
|---|---|---|
| Sex FM | Color of Skin WH | Color of Hair BROWN |
| Age 58 | Height 5'4" | |
| Weight 120 | Other Features | |

Sworn to before me on __6/20/2007__

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
[illegible]
Qualified in [illegible] County
Commission [illegible] 20[illegible]

_Gary Williams_ (signature)

Server's License#: