AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

THE GUARDIAN NEWS, INC.,

   Plaintiff,

against

TOWN OF OSSINING, New York,

   Defendants.

**APPEARANCE**

Case Number: 07-CV-5718 (JMM)

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for

 Defendant Town of Ossining

 I certify that I am admitted to practice in this court.

---

7/10/2007
Date

*[Signature]*
Signature

Matthew S. Clifford     MC-1134
Print Name     Bar Number

DelBello Donnellan et al. 1 N. Lexington Avenue, 11th Floor
Address

White Plains   NY   10601
City   State   Zip Code

(914) 681-0200   (914) 684-0288
Phone Number   Fax Number