UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

THE GUARDIAN NEWS, INC.                    NOTICE OF APPEARANCE

                Plaintiff,    07 CV 5718 (CLB)(GAY)

-against-

TOWN OF OSSINING, NEW YORK

                Defendants.

------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that SHERYL A. BRUZZESE, Esq. should be added as counsel of record on behalf of the Town of Ossining.

I certify that I am admitted to practice in this court.

Dated: New York, New York
       July 10, 2007

                                    **Traub Eglin Lieberman Straus LLP**
                                    *Attorneys for Defendant Town of Ossining*
                                    Mid-Westchester Executive Park
                                    Seven Skyline Drive
                                    Hawthorne, New York 10532
                                    Tel. No. (914) 347-2600
                                    Fax No. (914) 347-8898

                                    By: _____
                                           Sheryl A. Bruzzese (SB 5680)

To:    Lovett & Gould
         222 Bloomingdale Road - Suite 305
         White Plains, NY 10605