UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

THE GUARDIAN NEWS, INC.,

                              Plaintiff,                    07 Civ. 5718 (CLB)

              -against-

                                                    **NOTICE OF VOLUNTARY**
                                                    **DISMISSAL**
                                                    *& order*
TOWN OF OSSINING, New York,

                              Defendant.

--------------------------------------------------------x

          Pursuant to FRCP §41(a)(1) Plaintiff THE GUARDIAN NEWS, INC., by its

attorneys Lovett & Gould, LLP, hereby voluntarily dismisses this action without

prejudice, costs and/or fees.

Dated: White Plains, N.Y.
          July 11, 2007

                                        LOVETT & GOULD, LLP
                                        By:
                                             Jonathan Lovett (4854)
                                        Attorneys for Plaintiff
                                        222 Bloomingdale Road
                                        White Plains, New York 10605
                                        914-428-8401

White Plains, NY
July 13, 2007

SO ORDERED:

          *Charles Brieant*
          Charles L. Brieant
          U.S.D. J.